**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN CARLOS PALACIOS-MOLINA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-71500 <br><br> BIA No. A099-759-136 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 14, 2013[**]

Before:    LEAVY, THOMAS, and MURGUIA, Circuit Judges.

Juan Carlos Palacios-Molina, a native and citizen of Peru, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

substantial evidence, *Zehatye v. Gonzales,* 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Palacios-Molina does not claim he suffered past persecution. Substantial evidence supports the agency's finding that Palacios-Molina does not have a well-founded fear of persecution because he failed to demonstrate that he could not relocate within Peru to avoid harm. *See Gonzalez-Medina v. Holder*, 641 F.3d 333, 338 (9th Cir. 2011) (in the absence of past persecution, the burden is on the petitioner to show that relocation would be unreasonable). We reject Palacios-Molina's contention that the BIA used the wrong burden of proof as to relocation. Accordingly, Palacios-Molina's asylum claim fails.

Because Palacios-Molina failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See Zehatye*, 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**